Order issued September 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-10-00917-CV

**ADVOCARE INTERNATIONAL, L.P., Appellant**

**V.**

**BRUCE BADGETT AND TERESA BADGETT, Appellees**

## ORDER

Before Justices Bridges, O'Neill, and Fillmore

We **DENY** appellant's March 27, 2012 motion for rehearing.

DAVID L. BRIDGES
JUSTICE